**Daniel P. Larsen**, OSB: 943645
dlarsen@buchalter.com
BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LINDA TAYLOR,<br><br>      Plaintiff,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING, LLC; TOWD POINT MORTGAGE TRUST ASSET-BACKED SECURITIES, SERIES 2016-1, U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE; and Does 1-10, inclusive,<br><br>      Defendants. | Case No. 3:23-cv-00774<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION)**<br><br>Wasco County Circuit Court<br>Case No. 23CV14522 |

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF OREGON:**

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION**

  PLEASE TAKE NOTICE THAT Defendants Select Portfolio Servicing, Inc. ("SPS")[1]

and Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National

---

[1] Incorrectly named in the Complaint as "Select Portfolio Servicing, LLC."

Page 1 DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER
    28 U.S.C. § 1331

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

BN 76508485v2

Association as Indenture Trustee ("U.S. Bank") (collectively, "Defendants") hereby remove the above-captioned action (the "Action") bearing Case No. 23CV14522 from the Circuit Court of the State of Oregon for the County of Wasco (the "State Court"), to the United States District Court for the District of Oregon, Portland Division.

This removal is pursuant to 28 U.S.C. §§ 1331 and 1446. As grounds for removal, Defendants state as follows:

**PROCEDURAL HISTORY AND BACKGROUND**

1. Plaintiff Linda Taylor ("Plaintiff") filed an action against SPS and U.S. Bank in the Wasco County Circuit Court of the State of Oregon, styled *Taylor v. Select Portfolio Servicing, LLC; Towd Point Mortgage Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee*, Case No. 23CV14522 ("State Court Action"). The Complaint was filed on April 8, 2023, and served on Defendants on April 26, 2023.

2. Attached hereto as Exhibit 1 are copies of the Summons and Complaint.

3. No other pleadings have been served on Defendants, and no proceedings have taken place in the State Court Action.

4. There are no other defendants to consent and/or join in this removal.

5. This case is properly removed to this Court pursuant to 28 U.S.C. § 1446 because Defendants have satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6. This Notice of Removal is timely because Defendants are filing it within 30 days of service of the Summons and Complaint, served on April 26, 2023.

7. The Circuit Court of the State of Oregon for the County of Wasco is located within the District of Oregon, Portland Division. This action is properly removed to this Court,

Page 2   DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

BN 76508485v2

pursuant to 28 U.S.C. § 117, because this Court is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendants will serve a copy of this Notice of Removal upon counsel for Plaintiff, and will file a copy with the Clerk of the Circuit Court of the State of Oregon for the County of Wasco. *See* Exhibit 2.

9. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11.

### REMOVAL BASED ON 28 U.S.C. § 1331

10. A case arises under federal law within the meaning of 28 U.S.C. § 1331 if a well-pleaded complaint establishes either that federal law creates the cause of action or if the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law.

11. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

12. Plaintiff's Complaint includes claims under 12 U.S.C. § 2605(f), 15 U.S.C. § 1641(g), and 12 C.F.R §102.40(b)(1)(i), claims which arise under federal law. Further, all claims in Plaintiff's Complaint are related to claims in the action arising under federal law and form part of the same case or controversy. Therefore, the underlying Complaint arises under federal law within the meaning of 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a).

13. Defendants reserve the right to supplement or amend this Notice of Removal. If any question arises to the propriety of the removal of this action, Defendants respectfully request the opportunity to present a brief and oral argument in support of their position that this case is removable.

Page 3   DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

BN 76508485v2

WHEREFORE, Defendants respectfully remove this matter from the Wasco County Circuit Court, State of Oregon, to this Court for it to proceed in this Court as an action properly removed hereto. Defendants reserve, and do not waive, any objection it may have to service, jurisdiction, or venue, and any other defenses or objections to the Action.

DATED this 26th day of May, 2023.

> BUCHALTER
> A Professional Corporation
>
> By /s/ Daniel P. Larsen
> Daniel P. Larsen, OSB: 943645
> Email: dlarsen@buchalter.com
> Telephone: 503.226.1191
>
> Attorneys for Defendants

Page 4  DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

BN 76508485v2

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 by the method(s) indicated on the date set forth below on the following party:

>Jessica Molligan
>P.O. Box 16893
>Portland, OR 97292
>*jessicamolligan@comcast.net*
>
>Attorney for Plaintiff

by ☒ mailing; ☒ e-mailing; ☐ electronic service at the party's email address as recorded on the date of service in the court's eFiling system; ☐ hand delivering a true and correct copy thereof to said parties on the date stated below.

DATED this 26th day of May, 2023.

>/s/ Daniel P. Larsen
>Daniel P. Larsen, OSB No. 943645

CERTIFICATE OF SERVICE

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

BN 76508485v2